IN RE: CONDEMNATION BY the MERCER AREA SCHOOL DIS- TRICT OF MERCER COUNTY FOR ACQUISITION OF LAND FOR SCHOOL PURPOSES IN the BOR- OUGH OF MERCER, being the Lands of Kevin and Doreen Wright and Glenn and Edith Krofcheck

**Petition of: Mercer Area School District**

**No. 98 WAL 2017**

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony Bruce ALMODOVAR, Petitioner**

**No. 280 MAL 2017**

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**